UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| SANDRA A. AVERY, Individually and as Parent and Next Friend of Patrice T. Avery, Alexandra A. Avery, and Madeline B. Avery, and TODD E. AVERY, Individually and as Parent and Next Friend of Patrice T. Avery, Alexandra A. Avery, and Madeline B. Avery, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCY HEALTH SERVICES - IOWA, a Division of TRINITY HEALTH - MICHIGAN, d/b/a MERCY MEDICAL CENTER - DUBUQUE, <br><br> Defendant. | Case No.: 2:09-cv-1005 EJM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all parties, by and through their counsel, and pursuant to Local Rule 41(a)(2), hereby stipulate to the dismissal of this action with prejudice.

KANE, NORBY & REDDICK, P.C.

By /s/ Attorney Todd L. Stevenson
   Attorney Todd L. Stevenson

By /s/ Attorney Les V. Reddick
   Attorney Les V. Reddick
   2100 Asbury Road  Suite 2
   Dubuque, IA 52001-3091
   (563) 582-7980
   Fax: (563) 582-5312
   tstevenson@kanenorbylaw.com
   lreddick@kanenorbylaw.com
ATTORNEYS FOR PLAINTIFFS

O'CONNOR & THOMAS, P.C.

By /s/ Richard K. Whitty
   Richard K. Whitty  000005970
   ICIS Pin # AT0008535

By /s/ Christopher C. Fry
   Christopher C. Fry  000019160
   ICIS Pin #AT0002683
O'CONNOR & THOMAS, P.C.
700 Locust Street, Suite 200
Dubuque, Iowa 52001-6874
563/557/8400
Fax: 563/556/1867
 rwhitty@octhomaslaw.com
 cfry@octhomaslaw.com
ATTORNEYS FOR DEFENDANT.

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause or to their attorneys of record, addressed to said parties or their attorneys whose names and addresses appear below this Certificate, by mailing and/or delivery in the following indicated method(s) on the 17 day of February, 2010.

☐ U.S. Mail     ☐ UPS
☐ Fax     ☐ Federal Express
☐ Hand Delivered     x CM/ECF

Signature: _____

Original:     Electronically filed.

Copies:     Electronically served on:

         Attorney Todd L. Stevenson
         Attorney Les V. Reddick
         KANE, NORBY & REDDICK, P.C.
         2100 Asbury Road    Suite 2
         Dubuque, IA 52001-3091
         (563) 582-7980
         Fax: (563) 582-5312
         tstevenson@kanenorbylaw.com
         lreddick@kanenorbylaw.com
         ATTORNEYS FOR PLAINTIFFS

I:\BEV\WP\Mercy - Avery Dismissal.Sti.wpd

Case 2:09-cv-01005-JSS     Document 18     Filed 02/17/10     Page 2 of 2