IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| SANDRA A. AVERY, Individually and as Parent and Next Friend of Patrice T. Avery, Alexandra A. Avery, and Madeline B. Avery and TODD E. AVERY, Individually and as Parent and Next Friend of Patrice T. Avery, Alexandra A. Avery, and Madeline B. Avery,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCY HEALTH SERVICES-IOWA, a Division of TRINITY HEALTH-MICHIGAN, d/b/a MERCY MEDICAL CENTER-DUBUQUE,<br><br>Defendant | No. C09-1005<br><br>ORDER FOR DISMISSAL |

_____

This matter comes before the Court on the Stipulation of Dismissal With Prejudice (docket number 18) filed by the parties on February 17, 2010. The parties stipulate to a dismissal of this action with prejudice. The Court finds that an Order should enter accordingly.

### ORDER

IT IS THEREFORE ORDERED as follows:

1. The Motion for Partial Summary Judgment (docket number 17) filed by the Defendants on February 1, 2010 is **DENIED** as moot.

2. The Complaint (docket number 2) filed by the Plaintiffs on January 29, 2010 is **DISMISSED**.

3. This case is **CLOSED**.

DATED this 17th day of February, 2010.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA